# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
RUSSO, LILLIAN A § Case No. 11-34490
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/17/2014 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/23/2013          By: KENNETH S. GARDNER
                                       Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
RUSSO, LILLIAN A § Case No. 11-34490
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 50,000.00 |
| and approved disbursements of | $ 38,481.94 |
| leaving a balance on hand of[1] | $ 11,518.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,750.00 | $ 0.00 | $ 5,750.00 |
| Attorney for Trustee Fees: Giagnorio & Robertelli | $ 7,250.00 | $ 7,250.00 | $ 0.00 |
| Other: Giagnorio & Robertelli | $ 50.00 | $ 50.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 5,750.00 |
| Remaining Balance | | | $ 5,768.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,316.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 1,974.05 | $ 0.00 | $ 153.22 |
| 000002 | Discover Bank | $ 7,224.13 | $ 0.00 | $ 560.70 |
| 000003 | Discover Bank | $ 5,322.67 | $ 0.00 | $ 413.12 |
| 000004 | LHR Inc | $ 35,168.16 | $ 0.00 | $ 2,729.58 |
| 000005 | Capital One Bank (USA), N.A. | $ 4,793.34 | $ 0.00 | $ 372.04 |
| 000006 | LVNV Funding LLC | $ 13,061.88 | $ 0.00 | $ 1,013.80 |
| 000007 | LVNV Funding LLC | $ 4,223.90 | $ 0.00 | $ 327.84 |
| 000008 | PYOD LLC its successors and assigns as assignee of | $ 2,548.08 | $ 0.00 | $ 197.76 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,768.06 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-34490-DRC
Lillian A Russo                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox               Page 1 of 2            Date Rcvd: Dec 26, 2013
                              Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2013.
db            Lillian A Russo,    310 Martin Avenue,    Apt. 325,   Naperville, IL 60540-6561
aty          +Cohen & Krol,    Cohen & Krol,   105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Joseph D. Giagnorio,    Giagnorio & Robertelli, Ltd,    130 S Bloomingdale Rd,
               Bloomingdale, IL 60108-1240
17709460      Arrow Financial Services,    5996 W Touhy Avenue,   Niles, IL 60714-4610
18044432      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
17709461     +Captial One Bank USA,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
17709462     +Chase/Bank One Card Service,    P.O. Box 15298,   Wilmington, DE 19850-5298
17709463     +Cook Law Magistrate,    Richard J Daley,   50 W. Washington,    Chicago, IL 60602-1305
17709466     +HSBC Menards,    P.O. Box 5253,   Carol Stream, IL 60197-5253
17709465      Home Loan Services Inc,    450 American Street SV416,    Simi Valley, CA 93065-6285
17709467     +LHR Inc,   Assignnee of Juniper Bank,    c/o Steven D. Gertler & Assoc. LTD,
               415 North LaSalle Drive, Suite 402,    Chicago, IL 60654-2742
17709468     +Litton Loan Servicing,    4828 Loop Central,   Houston, TX 77081-2166
17709458     +Russo Lillian A,    310 Martin Avenue,   Apt 325,   Naperville, IL 60540-6561
17709472      Sears Credit Cards,    P.O. Box 183081,   Columbus, OH 43218-3081
17709474     +Village Of Cicero,    4937 W 25th Street,   Cicero, IL 60804-3435
17709475     +Wells Fargo Bank,    P.O. Box 84712,   Sioux Falls, SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17955669     +E-mail/Text: bnc@atlasacq.com Dec 27 2013 00:08:29      Atlas Acquisitions LLC,
               Assignee of HSBC - Menards,    294 Union St.,   Hackensack, NJ 07601-4303
17709464      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 27 2013 00:12:40      Discover,   P.O. Box 15316,
               Wilmington, DE 19850
17963038      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 27 2013 00:12:40      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17709469     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2013 00:04:16      LVNV Funding LLC,
               P.O. Box 10497,   Greenville, SC 29603-0497
18340330      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2013 00:03:56      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
17709470     +E-mail/Text: bankruptcydpt@mcmcg.com Dec 27 2013 00:09:23      Midland Credit Management,
               8875 Aero Drive, Suite 2,    San Diego, CA 92123-2255
17709471      E-mail/Text: bankrup@aglresources.com Dec 27 2013 00:08:11      Nicor,   P.O. Box 190,
               Aurora, IL 60507-0190
18340355     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 27 2013 00:04:30
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
17709473     +E-mail/Text: bankruptcy@sw-credit.com Dec 27 2013 00:09:33      SW Credit Systems Inc,
               4120 International, Suite 100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17709459     ##Law Offices of Jay M Reese,    286 W Fullerton Ave,   Addison, IL 60101-3767
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: acox                 Page 2 of 2                  Date Rcvd: Dec 26, 2013
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2013 at the address(es) listed below:

        E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
         trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    gkrol@cohenandkrol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
         gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Attorney Joseph D Giagnorio gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Jay M Reese    on behalf of Debtor Lillian A Russo lawofficeofjmreese@sbcglobal.net
        Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
         jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                         TOTAL: 8