# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
RUSSO, LILLIAN A § Case No. 11-34490 DRC
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
|---|---|
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/GINA B. KROL_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cook Law Magistrate Richard J Daley 50 W. Washington Chicago, IL  60602 |  |  |  |  |  |
|  | Cook Law Magistrate Richard J Daley 50 W. Washington Chicago, IL  60602 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook Law Magistrate Richard J Daley 50 W. Washington Chicago, IL  60602 | | | | | |
| | PAYOFF OF JUDGMENT LIEN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| SURVEY AND OTHER CLOSING COSTS | | | | | |
| TITLE EXPENSES & STAMPS | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| REAL ESTATE TAXES | | | | | |
| GIAGNORIO & ROBERTELLI | | | | | |
| GIAGNORIO & ROBERTELLI | | | | | |
| BROKER'S COMMISSION | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Bank One Card Service P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | HSBC Menards P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Home Loan Services Inc 450 American Street SV416 Simi Valley, CA 93065-6285 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Houston, TX 77036 | | | | | |
| | Nicor P.O. Box 190 Aurora, IL 60507-0190 | | | | | |
| | SW Credit Systems Inc 4120 International, Suite 100 Carrollton, TX 75007 | | | | | |
| | Sears Credit Cards P.O. Box 183081 Columbus, OH 43218-3081 | | | | | |
| | Village Of Cicero 4937 W 25th Street Cicero, IL 60804 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | LHR INC | | | | | |
| 000006 | LVNV FUNDING LLC | | | | | |
| 000007 | LVNV FUNDING LLC | | | | | |
| 000009 | LVNV FUNDING LLC | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 11-34490 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 54 Filed 05/29/14 Entered 05/29/14 16:03:50 Desc Main
ASSET CASES Document Page 8 of 11

Page: 1

| Case No: | 11-34490 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL | Exhibit 8 |
| Case Name: | RUSSO, LILLIAN A | | | Date Filed (f) or Converted (c): | 08/23/11 (f) | |
| | | | | 341(a) Meeting Date: | 09/27/11 | |
| For Period Ending: 05/12/14 | | | | Claims Bar Date: | 04/20/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HOUSEAND LOT PLUS 2 ADDITIONAL RESIDENTIAL LOTS LO | 90,000.00 | 0.00 | | 50,000.00 | FA |
| 2. WEARING APPAREL | 225.00 | 0.00 | | 0.00 | FA |
| 3. ANNUITIES | 2,700.00 | 0.00 | | 0.00 | FA |
| 4. STOCK | 1,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $94,425.00       $0.00       $50,000.00       $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

After two contracts fell through, the Trustee currently has a closing scheduled for 10/18/13

October 17, 2013, 02:38 pm

Initial Projected Date of Final Report (TFR): 10/31/12       Current Projected Date of Final Report (TFR): 12/31/14

/s/     GINA B. KROL
_____ Date: 05/12/14
     GINA B. KROL

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-34490 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | RUSSO, LILLIAN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0766  Checking Account |
| Taxpayer ID No: | *******8485 | | | |
| For Period Ending: | 05/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/21/13 | 1 | Chicago Title & Trust Company<br>5 Westbrook Corp. #100<br>Westchester, IL 60154 | | | 18,855.17 | | 18,855.17 |
| | | REAL ESTATE TAXES<br>TITLE EXPENSES & STAMPS<br>SURVEY AND OTHER CLOSING COSTS<br>BROKER'S COMMISSION<br>PAYOFF OF JUDGMENT LIEN<br>CHICAGO TITLE & TRUST | Memo Amount:  ( 23,823.27 )<br>Real Estate Taxes<br>Memo Amount:  ( 1,870.50 )<br>Title Expenses & Stamps<br>Memo Amount:  ( 1,451.06 )<br>Survey and other closing costs<br>Memo Amount:  ( 2,500.00 )<br>Broker's Commission<br>Memo Amount:  ( 1,500.00 )<br>Payoff of Judgment Lien<br>Memo Amount:  50,000.00<br>Sale Proceeds | 2820-000<br><br>2500-000<br><br>2500-000<br><br>3510-000<br><br>4120-000<br><br>1110-000 | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,845.17 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.11 | 18,818.06 |
| 12/16/13 | 030001 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Attorneys Fees per Court Order | 3210-000 | | 7,250.00 | 11,568.06 |
| 12/16/13 | 030002 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Attorneys Expenes per Court Order | 3220-000 | | 50.00 | 11,518.06 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.18 | 11,492.88 |
| 01/16/14 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,750.00 | 5,742.88 |
| 01/16/14 | 030004 | Atlas Acquisitions LLC<br>Assignee of HSBC - Menards<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 7.72777%<br>(1-1) Modified on 10/26/11 to<br>correct creditor's address. (ac) | 7100-900 | | 152.55 | 5,590.33 |
| 01/16/14 | 030005 | Discover Bank<br>DB Servicing Corporation | Claim 000002, Payment 7.72757% | 7100-900 | | 558.25 | 5,032.08 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 17.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-34490 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | RUSSO, LILLIAN A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0766 Checking Account |
| Taxpayer ID No: | *******8485 | | | |
| For Period Ending: | 05/12/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/14 | 030006 | PO Box 3025<br>New Albany, OH 43054-3025<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 7.72770% | 7100-900 | | 411.32 | 4,620.76 |
| 01/16/14 | 030007 | LHR Inc<br>Assingnee of Juniper Bank<br>c/o Steven D. Gertler & Assoc. LTD<br>415 North LaSalle Drive, Suite 402<br>Chicago, IL 60654 | Claim 000004, Payment 7.72761%<br>(4-1) Contract Agreement<br>(4-1)<br>Modified on 11/01/2011 to correct creditor address filer notified MJ | 7100-900 | | 2,717.66 | 1,903.10 |
| 01/16/14 | 030008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 7.72760% | 7100-900 | | 370.41 | 1,532.69 |
| 01/16/14 | 030009 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000006, Payment 7.72760% | 7100-900 | | 1,009.37 | 523.32 |
| 01/16/14 | 030010 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000007, Payment 7.72769% | 7100-900 | | 326.41 | 196.91 |
| 01/16/14 | 030011 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 7.72778% | 7100-900 | | 196.91 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-34490 -DRC | |
| Case Name: | RUSSO, LILLIAN A | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0766  Checking Account |

Taxpayer ID No: *******8485
For Period Ending: 05/12/14

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0766

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 18,855.17 | 11 | Checks | 18,792.88 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 62.29 |
| | Subtotal | $ 18,855.17 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 18,855.17 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 18,855.17 | | | |

Memo Allocation Receipts: 50,000.00
Memo Allocation Disbursements: 31,144.83

Memo Allocation Net: 18,855.17

                    /s/     GINA B. KROL
Trustee's Signature: _____  Date: 05/12/14
                            GINA B. KROL

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

LFORM2T4

Ver: 17.05d